IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DRAESHUND K. MAGEE, #14800-003**                                **PLAINTIFF**

**v.**                                                                            **CAUSE NO. 1:21cv1-LG-RPM**

**GLENN L. WHITE, ET AL.**                                                **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED AND ADJUDGED** that Magee's request for relief under 28 U.S.C. § 2255, is dismissed **WITH PREJUDICE** as to the jurisdictional issue and **WITHOUT PREJUDICE** in all other respects.

**IT IS FURTHER ORDERED AND ADJUDGED** that any claims for habeas corpus relief under 28 U.S.C. § 2254 asserted in this civil action, are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 27th day of January, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE